UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YOLANDA MICHELLE WEST,

                Plaintiff,                07 Civ. 7260 (PKC) (DF)

       -against-                            **SCHEDULING ORDER**

C.O. TUTTLE, ET AL.,

                Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      Plaintiff *pro se* having filed an Amended Complaint on September 24, 2007; and having requested by letter dated January 28, 2008 that (i) the 120-day period of time in which to serve the summons and Amended Complaint upon the defendants as provided by Rule 4(m)[1] be extended, and (ii) the Court appoint *pro bono* counsel to represent her; it is hereby ORDERED as follows:

    1.     Plaintiff's time to effect service of the defendants is extended until March 24, 2008. If service is not made upon the defendants by that date, and no good cause is shown for such failure to serve, this Court will recommend that the action be dismissed.

---

[1] Rule 4(m) of the Federal Rules of Civil Procedure provides: If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

2. If Plaintiff wishes to apply for *pro bono* counsel, she may make the appropriate application. The Court has enclosed with this Order a copy of the form provided by the Pro Se Office for this purpose.

Dated: New York, New York
February 21, 2008

SO ORDERED

*[signature]*
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Ms. Yolonda Michelle West
07-2701
Orange County Jail
110 Wells Farm Road
Goshen, NY 10924