UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

YOLONDA M. WEST,

              PLAINTIFF,

      - AGAINST -

DELORAS BRICKMAN AM NURSE/O.C.D.H.,
CARLOS TORRES PM & AM NURSE, O.C.D.H.,
JASON BERGER PM & AM NURSE/O.C.D.H.,
VALERIE ZEPPLIN DAY SHIFT/O.C.J.,
DIANE TUTTLE DAY SHIFT/O.C.J.,
SANDRA DAWNSON PM SHIFT NURSE/O.C.H.D./OCJ,
MAURA AM SHIFT NURSE/O.C.H.D./OCJ,

              DEFENDANTS.
------------------------------------------------X

07-CV-7260 (PKC/DCF)

**NOTICE OF MOTION**

| | |
|---|---|
| MOTION MADE BY: | **THUILLEZ, FORD, GOLD, BUTLER & YOUNG, LLP,** On behalf of Defendant, "Deloras Brickman" |
| DATE, TIME & PLACE; | April 23, 2008 |
| SUPPORTING PAPERS: | Declaration of Kelly M. Monroe, Esq. and Accompanying Memorandum of Law. |
| RELIEF REQUESTED: | Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing plaintiff's Complaint, with prejudice, for failure to state a cause of action. |
| ANSWERING AFFIDAVITS: | Opposing papers shall be served by plaintiff within ten (10) business days of service of this motion. Defendant shall file any reply papers within five (5) business days after service of the answering papers. |

Dated: March 24 , 2008

Yours, etc.

**THUILLEZ, FORD, GOLD, BUTLER & YOUNG, LLP**

By: _____

          Kelly M. Monroe
          *Attorneys for Defendants*

**THUILLEZ, FORD, GOLD, BUTLER & YOUNG, LLP**

20 Corporate Woods Blvd.
Albany, New York 12211
Telephone No.:  (518) 455-9952


To:     Yolanda Michelle West, *Pro Se*
        #07-2701
        Orange County Jail
        110 Wells Farm Road
        Goshen, NY 10924

**THUILLEZ, FORD, GOLD, BUTLER & YOUNG, LLP**