USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

YOLONDO M. WEST.,

                      Plaintiff,

       -against-

DELORAS BRICKMAN, et al.,

                      Defendant.
------------------------------------------------------------x

07 Civ. 7260(PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

        Defendant Doloris Brigman (sued as Deloras Brickman) has moved to dismiss the complaint under Rule 12(b)(6), Fed. R. Civ P. Counsel's attention is directed to the undersigned's Individual Practices which require a pre-motion conference. (http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=375)

        Counsel's attention is also directed to Local Rule 12.1 to which there has not been compliance.

        I will waive the pre-motion conference and accept the motion as of its date of filing. I direct that a Local Rule 12.1 statement be served on plaintiff. The Court respectfully requests Ms. Brigman's counsel to furnish the Court with a copy of the plaintiff's complaint and courtesy copies of the motion papers.

        Plaintiff may respond to the motion by April 25 and defendant may reply by May 16.

SO ORDERED.

_____
United States District Judge

Dated: New York, New York
March 31, 2008