

COUNTY OF ORANGE / Department of Law
GOVERNMENT CENTER, 255 Main Street
GOSHEN, NEW YORK 10924 TEL: (845) 291-3150

EDWARD A. DIANA
County Executive

DAVID L. DARWIN
County Attorney

**MEMO ENDORSED**

May 21, 2008

Defendants time to answer or move is extended to June 20. Attention is called to the Court's Individual Practices. If defendants wish to make a motion they should write a letter explaining the legal position & requesting a premotion conference. SO ORDERED
[signature]
USDJ
5-21-08

**BY FACSIMILE TO 212-805-7949**
The Hon. P. Kevin Castel
United State District Judge
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

RE: West v. Brickman, et al.
Case No. 07 CV 7260

Dear Judge Castel:

This office represents Valerie Zepplin and Diane Tuttle in the above-referenced action. The Plaintiff is a former inmate of the Orange County Jail and brings this action pro se. Ms. Zepplin and Ms. Tuttle are corrections officers at the jail. Other defendants include nurses and medical staff employed at the facility.

This office, on behalf of Ms. Zepplin and Ms. Tuttle plan to file a 12(b)(6) motion to dismiss the complaint. We have tried to reach the plaintiff to ask for her consent to an extension of the deadline to respond, from May 23, 2008 to June 20, 2008, but she was apparently released from jail on March 26, 2008 and left no forwarding address. We sent a letter to the address where she lived prior to her incarceration, but have not heard from her.

For this reason, we request that the Court approve the June 20, 2008 deadline for our response to the complaint.

Very truly yours,

Laura Wong-Pan
Laura Wong-Pan
Senior Assistant County Attorney

cc: Yolanda West (by mail to last known residential address)
Todd J. Aschbacher, Esq.
Risk
CSI, Inc.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 5/21/08