

# COUNTY OF ORANGE / Department of Law

GOVERNMENT CENTER, 255 Main Street
GOSHEN, NEW YORK 10924  TEL: (845) 291-3150

**EDWARD A. DIANA**
County Executive

**DAVID L. DARWIN**
County Attorney

**MEMO ENDORSED**

August 29, 2008

BY FACSIMILE

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    West v. Brickman, et al.
                Case No. 07 CV 7260

*[Handwritten endorsement:]* Any opposition to the motion to dismiss will be considered, even though untimely, if it is filed on or before September 10, 2008. SO ORDERED. USDJ 9-2-08

Dear Judge Castel:

    We have not received any papers from the Plaintiff in opposition to the motions to dismiss filed by the defendants. The court-ordered deadline for the filing and service of those papers was Friday, August 22, 2008. Since we did not receive any opposition papers, we are unable to reply.

    We are also scheduled for a court conference on Friday, September 5, 2008. Please let us know if we may appear by telephone.

Very truly yours,

Laura Wong-Pan
Laura Wong-Pan
Senior Assistant County Attorney

LWP/er
cc:    Yolanda West (by regular mail)
        Kelly M. Monroe, Esq. (by facsimile)
        Risk
        CSI, Inc.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```